# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 1:09-cr-11 MP

**ROGELIO CABRERA**

_____/

## ORDER OF DESIGNATION

The Court finds that pursuant to Rule 604 of the Federal Rules of Evidence, that **VERONICA ARENAS** is a language skilled interpreter for the **Spanish language**, and that the defendant in this cause is unable to comprehend the English language.

**Therefore, pursuant to the Court Interpreters Act it is:**

**ORDERED** that **VERONICA ARENAS** is hereby designated as an interpreter in this cause to provide the defendant with those services necessary to enable him to comprehend these proceedings, in the Courtroom or in Chambers; to present his testimony; to communicate with the presiding judicial officer; to communicate with the probation officer; or to communicate with counsel in the Courtroom, in Chambers, or in the immediate environments of the Courtroom in connection with the ongoing proceedings in this case before the presiding judicial officer.

**DONE** and **ORDERED** this 5th day of November, 2009, nunc pro tunc October 30, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge